

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 JAN 28 P 2: 47

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR A VIOLATION OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-00017 |
| v. | * | SECTION: SECT. L MAG. 3 |
| ORONDE GABRIEL | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about September 27, 2021, in the Eastern District of Louisiana, the defendant, **ORONDE GABRIEL**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on July 15, 2015, in the United States Court for the Eastern District of Louisiana, Case Number 14-151 "R," for conspiracy to make false and fictitious statements in connection with the acquisition of a firearm, in violation of Title 18, United States Code, Section 371, did knowingly possess a firearm, that is a Taurus G2C 9mm handgun, bearing serial number TLY11705, said firearm being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Fee_____
Process_____
X Dktd_____
___CtRmDep___
___Doc.No.___

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **ORONDE GABRIEL**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to the following:

Taurus G2C 9mm handgun, bearing serial number TLY11705.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

CHARLES D. STRAUSS
Assistant United States Attorney
Louisiana Bar Roll No. 36039


New Orleans, Louisiana
January 28, 2022

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## ORONDE GABRIEL

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2022.

_____
Clerk

Bail, $ _____

_____
CHARLES D. STRAUSS
ASSISTANT UNITED STATES ATTORNEY